

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00055-CV

IN RE DONNY GENE LAMBERT                                    RELATOR

-----------

ORIGINAL PROCEEDING

-----------

## MEMORANDUM OPINION[1]

-----------

The court has considered relator's pro se petition for writ of mandamus and is of the opinion that it has no jurisdiction over the relief requested.[2] Accordingly, relator's petition for writ of mandamus is dismissed for want of jurisdiction.

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).

[2]*See* Tex. Code Crim. Proc. Ann. art. 11.07 (West Supp. 2012); *Bd. of Pardons & Paroles ex rel. Keene v. Court of Appeals for the Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995) (orig. proceeding); *In re Watson*, 253 S.W.3d 319, 320 (Tex. App.—Amarillo 2008, orig. proceeding) (holding that if an applicant finds it necessary to complain about an action or inaction of the convicting court in a post-conviction habeas corpus proceeding, an applicant may seek mandamus relief from the Texas Court of Criminal Appeals).

PER CURIAM

PANEL:  GARDNER, DAUPHINOT, and GABRIEL, JJ.

DELIVERED:  March 21, 2013